UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE: Attorney Kenneth B. Morgan

Administrative Order
No. 22-AD-057

_____/

ORDER REGARDING ATTORNEY'S SUSPENSION FROM PRACTICE

On June 24, 2022, this Court ordered Attorney Kenneth B. Morgan to show cause not later than July 8, 2022, why the Court should not suspend him from the practice of law in the Western District of Michigan based on his failure to comply with the terms of a disciplinary order entered by a three-judge panel of the Court in 21-AD-062. Attorney Kenneth B. Morgan has provided no response as of today's date.

IT IS ORDERED under Local General Rule 2.3 that Attorney Kenneth B. Morgan is SUSPENDED from practice before this Court.

IT IS FURTHER ORDRED that the Clerk shall serve a copy of this Order upon Attorney Kenneth B. Morgan, Esq., the Honorable Paul L. Maloney, the Hon. Ray S. Kent, and the Hon. Scott W. Dales.

Dated: July 14, 2022

FOR THE COURT:

_____
ROBERT J. JONKER
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Certified as a True Copy
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 9/20/2023