**MEMBERS**
**ALAN GERSHEL**
*CHAIRPERSON*
**PETER A. SMIT**
*VICE-CHAIRPERSON*
**REV. DR. LOUIS J. PRUES**
*SECRETARY*
**LINDA M. ORLANS**
**JASON M. TURKISH**
**ANDREAS SIDIROPOULOS, MD**
**KATIE STANLEY**
**TISH VINCENT**
**KAMILIA K. LANDRUM**

STATE OF MICHIGAN
# ATTORNEY DISCIPLINE BOARD

**MARK A. ARMITAGE**
*EXECUTIVE DIRECTOR*
—
**WENDY A. NEELEY**
*DEPUTY DIRECTOR*
—
**KAREN M. DALEY**
*ASSOCIATE COUNSEL*
—
**SHERRY MIFSUD**
*OFFICE ADMINISTRATOR*
—
**OWEN R. MONTGOMERY**
*CASE MANAGER*
—
**JODIE GROH**
*CASE MANAGER*
—
**JULIE M. LOISELLE**
*RECEPTIONIST/SECRETARY*
—



**333 WEST FORT STREET, SUITE 1700**
**DETROIT, MICHIGAN 48226-3147**
**PHONE: 313-963-5553**

www.adbmich.org

### NOTICE OF SUSPENSION

Case No.  23-88-RD; 23-89-GA[1]

**Notice Issued:  March 22, 2024**

Kenneth B. Morgan, P 34492, Farmington Hills, Michigan, by the Attorney Discipline Board

Suspension - 180 Days, Effective March 19, 2024

The Grievance Administrator filed a notice of filing of reciprocal discipline under MCR 9.120(C) that attached a certified copy of an order entered by the US District Court for the Western District of Michigan suspending respondent from practice before the US District Court for the Western District of Michigan on July 14, 2022, for failing to comply with the terms of a disciplinary order entered by a three-judge panel of the Court in 21-AD-062, in a matter titled, *In Re: Attorney Kenneth B. Morgan,* Administrative Order No. 22-AD-057.  Although no term for the suspension imposed was referenced in the order, the Administrator indicated that comparable discipline in Michigan would be a suspension of 180 days or more.

Pursuant to MCR 9.120(C)(2), an order regarding imposition of reciprocal discipline was issued by the Board on November 20, 2023, ordering the parties to inform the Board in writing, within 21 days from the service of the order (i) of any objection to the imposition of comparable discipline, based on the grounds set forth in MCR 9.120(C)(1), and (ii) whether a hearing was requested.  The 21-day period set forth in the Board's November 20, 2023, order expired without objection or request for hearing by either party.

On February 19, 2024, the Attorney Discipline Board ordered that respondent's license to practice law in Michigan be suspended for 180-days effective March 19, 2024.  Costs were assessed in the amount of $1,508.77.

---

[1]  Formal Complaint 23-89-GA was discontinued by he Board.  See Order Regarding Imposition of Reciprocal Discipline, issued on November 20, 2023.